IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-10

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10.    WILLIAM BREWER,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 958]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 958] is granted. Counts Two and Twenty-Seven of the Second Superseding Indictment are dismissed as to defendant William Brewer only.

DATED May 27, 2015.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge